COMPLAINT by A PRISONER UNDER the CIVIL
RIGHTS ACT, 42 U.S.C 1983.

NAME  WEAVER        WILLIE
      (LAST)       (FIRST)    (INITIAL)

FILED

FEB 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRISONER NUMBER     J-91389

INSTITUTIONAL Address  PELICAN  BAY
STATE  PRISON  P.O. Box 7000  CRESCENT
CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN  DISTRICT OF CALIFORNIA

**E-filing**

WILLIE WEAVER        CV 08  0959
(ENTER THE FULL NAME
OF PLAINTIFF IN THIS ACTION)  CASE NO,
                              (TO BE PROVIDED
                              by the CLERK OF
VS.                           COURT)      **(PR)**

DIRECTOR, WARDEN,
CAPTAIN, LIEUTENANT,
SERGEANT CORRECTIONAL     COMPLAINT UNDER
OFFICER FIRST WATCH       THE CIVIL RIGHT
INMATES CELL 209, 211, 111, 110 ACT 42 U.S.C 1983
(ENTER THE FULL NAME MEDICAL
OF DEFENDANT(S) IN THIS ACTION)

ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED.)
1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINIST-
-IATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISMISS
ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT _____
B. IS THERE A GRIEVANCE PROCEDURE IN
   THIS INSTITUTION? YES ( ) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR
   COMPLAINT FOR REVIEW through THE
   GRIEVANCE PROCEDURE? YES ( ) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
   APPEAL NUMBER AND THE DATE AND
   RESULT OF THE

COMPLAINT        - 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did
NOT PURSUE A CERTAIN LEVEL OF APPEAL
EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL_____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED
THE HIGHEST LEVEL OF APPEAL AVAILABLE
TO YOU? YES ( ) NO ( )
F. IF YOU DID NOT RESENT YOUR CLAIM
FOR REVIEW THROUGH THE GRIEVANCE
PROCEDURE.
EXPLAIN WHY. _____

_____ _____

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT
ADDRESS. DO THE SAME FOR ADDITIONAL
PLAINTIFFS, IF ANY. WILLIE WEAVER
PELICAN BAY STATE PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH
DEFENDANT HIS OR HER OFFICIAL
POSITION, AND HIS OR HER PLACE
OF EMPLOYMENT.
DIRECTOR, WARDEN, CAPTAIN, LIEUTENANT
SERGEANT, CORRECTIONAL OFFICERS
INMATES, IN CELL 209, 211, 111, 110,
THE DATE FIRST WATCH 02/05/08.
MEDICAL

COMPLAINT        - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE
FACTS OF YOUR CASE. BE SURE TO DESCRIBE
HOW EACH DEFENDANT IS INVOLVED AND
NOW ~~STATE~~ TO INCLUDE DATES, WHEN
POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS
OR CITE ANY CASES OR STATUTES, IF YOU
HAVE MORE THAN ONE CLAIM, EACH
CLAIM SHOULD BE SET FORTH IN A SEPARATE
NUMBERED PARAGRAPH.
    ON 02/05/08 12 OCLOCK A.M. TO 6:AM
THE DEFENDANTS, HARRASSING, THREATING
CONSPIRACY AGAINST PLAINTIFF, VOICES
IN THE VENT FROM PLAINTIFF NEIGHBORS
209, 211, 111, 110. PLAINTIFF 1, 8, 9, 14
AMENDMENT RIGHTS BEEN VIOLATED
DEFENDANT(S), SHOWED DELIBERATE
INDIFFERENCE UNDER THE EIGHT
AMENDMENT THAT CONSTITUE CRUEL
UNUSUAL PUNISHMENT. ON 02/05/08.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD
UNLESS YOU REQUEST SPECIFIC RELIEF.
STATE BRIEFLY EXACTLY WHAT YOU
WANT ARE THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENTS; CITE
NO CASES OR STATUTES.

    LIABILITY DAMAGES: 20.000
TWENTY THOUSAND DOLLARS DUE TO:
CONSPIRACY'S U.S. CONSTITUTION
VIOLATION PENAL CODE VIOLATION

    PUNITIVE DAMAGES: 20.000 TWENTY
THOUSAND DOLLARS DUE TO: MENTAL
ANGUISH, STRESS DISORDER.

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.

    SIGNED THIS __02__ DAY OF 05 2008

    COMPLAINT        - 3 -



DANNY LEWEAVER
J-91389 B-2-210
PELICAN BAY STATE PRISON
PRISON P.O CRESCENT CITY CA 95532
CRESCENT CITY, CA.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

RECEIVED
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAILED FROM ZIP CODE 95531
FEB 06 2008

CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES
DISTRICT COURT NOR-
THERN DISTRICT OF
CALIFORNIA 450
GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102