05/09/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED
08 MAY 14 PM 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
  PLAINTIFF,

VS.

DIRECTOR,

  DEFENDANT(S)

CASE NO. C-08-00959 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE,
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 04/24/08.

RESPECTIBLE SUBMITTED
_Willie Weaver_
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING ABOVE STATEMENT IS TRUE AND CORRECT.

UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
                    PLAINTIFF,
V.                                              CASE NO. C-08-00959 JW (PR)

DIRECTOR,

_____ /    PROOF OF SERVICE
              DEFENDANT(S);


I HEREBY CERTIFY THAT ON 05/09/08, I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION FOR NOTICE OF APPEAL

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OF ATTORNEY SERVED) OFFICE OF CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

                                    Willie Weaver
                                    SIGNATURE